No. 66313.—John L. Westland & Son, Inc., and Bert Scheuer, Inc. *v.* United States, protests 59/21867–S and 59/34152 (San Francisco).

Opinion by LAWRENCE J.  In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.